IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| IN RE:<br><br>Timothy J. Lohr<br>Jodi J. Lohr<br><br>        Debtors | Case No. 15-52301<br><br>Chapter 13<br><br>Hon. Alan M. Koschik<br><br>**Notice of Change of Address for Attorney Brian D. Flick** |
|---|---|

      PLEASE TAKE NOTICE that Brian D. Flick, counsel for Timothy J. Lohr and Jodi J. Lohr has a new address as indicated below:

Brian D. Flick
The Dann Law Firm Co., LPA
PO Box 6031040
Cleveland, OH 44103
Main Office 216/373-0539
Direct Dial 513/645-3488
Email – notices@dannlaw.com

    All future notices shall be sent to the above address.

                                         /s/ Brian D. Flick
                                         Brian D. Flick #0081605
                                         The Dann Law Firm Co., LPA
                                         PO Box 6031040
                                         Cleveland, OH 44103
                                         Main Office 216/373-0539
                                         Direct Dial 513/645-3488
                                         Email – notices@dannlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, a copy of the foregoing was sent electronically via the Court's CM/ECF system to the following registered ECF participants electronically through the Court's Electronic System at the email address registered with the Court:

US Trustee's Office at Trustee@Usdoj.Gov

Keith Rucinski, Chapter 13 Trustee on behalf of the Chapter 13 Trustee's office at efilings@ch13akron.com

/s/ Brian D. Flick
Brian D. Flick #0081605
The Dann Law Firm Co., LPA